**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Nicholas J. Guglielmo,<br><br>                              *Debtor*. | Case No. 25-10413-amc<br>Chapter 7 |

# Exhibit B

