## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nicholas J. Guglielmo,<br><br>　　　　　　　　*Debtor*. | Case No. 25-10413-amc<br>Chapter 7 |

### Certificate of No Response

 I certify that I have received no answer, objection, or other responsive pleading to the Motion for Sanctions for Violation of the Automatic Stay by Sunrise Credit Services Inc. filed at ECF No. 17.

 I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon.

 Pursuant to the notice filed with the Motion, objections were to be filed and served before this date. I respectfully request that the proposed order be entered at the earliest convenience of the Court.

Date: March 24, 2025    **SADEK LAW OFFICES, LLC**

            By: /s/ Michael I. Assad
              Michael I. Assad
              1500 JFK Boulevard, Suite 220
              Philadelphia, PA 19102
              215-545-0008
              michael@sadeklaw.com

            *Attorney for Debtor*