## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nicholas J. Guglielmo,<br><br>                         *Debtor*. | Case No. 25-10413-amc<br>Chapter 7 |

## ORDER

**AND NOW**, upon consideration of the Motion for Sanctions for Violation of the Automatic Stay by Sunrise Credit Services Inc. filed by Debtor Nicholas J. Guglielmo, after notice and opportunity for hearing, and with no objections filed before the response deadline, the Court finds that:

A. Sunrise received notice of Mr. Guglielmo's bankruptcy and then intentionally attempted to collect payment on a pre-petition debt.

B. Sunrise's actions constitute a willful violation of the automatic stay under 11 U.S.C. § 362(k)(1).

C. As a direct result of Sunrise's willful violation of the automatic stay, Mr. Guglielmo has suffered actual damages, including financial harm, emotional distress, embarrassment, anxiety, sleeplessness, and the incurrence of attorney's fees, for which he is entitled to compensation.

D. The imposition of punitive damages is necessary to deter Sunrise and other similarly situated creditors from willfully violating the automatic stay in the future.

For those reasons, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Sunrise is **HELD IN CONTEMPT AND SANCTIONED** for violating an injunctive order of this Court.

3. Sunrise **MUST PAY** Mr. Guglielmo actual damages in the amount of $2,500.00 for injuries incurred because of Sunrise's violation of the automatic stay.

4. Sunrise **MUST PAY** Mr. Guglielmo punitive damages in the amount of $5,000.00 to deter similar conduct in the future.

5. Sunrise **MUST PAY** all damages above in full within fourteen days after the entry of this Order, care of Mr. Guglielmo's attorney: Sadek Law Offices, 1500 JFK Boulevard, Suite 220, Philadelphia, PA 19102.

6. Sunrise **MUST PAY** Mr. Guglielmo's attorney all reasonable attorney's fees and costs incurred by Mr. Guglielmo in bringing the Motion and enforcing the automatic stay.

7. Mr. Guglielmo's attorney must file an application for compensation and reimbursement of expenses within twenty-eight days after the entry of this Order in the manner prescribed by Local Bankr. R. 2016-1. Upon approval by the Court, Sunrise **MUST PAY** all attorney's fees and costs awarded in full within fourteen days.

8. **If Sunrise does not pay any payment above in a timely manner, the Court, after certification by Mr. Guglielmo's attorney, will issue an order to appear and show cause why Sunrise should not be subject to further sanctions.**

9. The Court retains jurisdiction to enforce and interpret this Order, including after dismissal or closing of this case, pursuant to its inherent authority under 11 U.S.C. § 105(a) and its ancillary jurisdiction to effectuate its prior orders.

Date:

Ashely M. Chan
Chief U.S. Bankruptcy Judge

CC:    Sunrise Credit Services Inc.
       8 Corporate Center Drive, Suite 300
       Melville, NY 11747