# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nicholas J. Guglielmo,<br><br>                       *Debtor*. | Case No. 25-10413-amc<br>Chapter 7 |

## CONSENT ORDER

**AND NOW**, upon agreement of the parties, it is hereby **ORDERED** that the deadline under Local Bankr. R. 9014-3(h) for filing a response or objection to the Debtor's Motion for Sanctions for Violation of the Automatic Stay by The Queen's Health Systems is extended to **March 28, 2025**.

Date: April 1, 2025

                                              Ashely M. Chan
                                              Chief U.S. Bankruptcy Judge

We consent to the form and entry of this order.

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com
*Attorney for Debtor*

/s/ Dan Mulholland
Dan Mulholland
Horty, Springer and Mattern, P.C.
20 Stanwix Street, Suite 405
Pittsburgh, PA 15222
412-687-7677
dmulholland@hortyspringer.com
*Attorney for The Queen's Health Systems*