# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nicholas J. Guglielmo,<br><br>                     *Debtor*. | Case No. 25-10413-amc<br>Chapter 7 |

## Certificate of Service

I, Michael I. Assad, certify that on April 30, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Sanctions for Violation of the Automatic Stay by Sunrise Credit Services Inc. (ECF No. 17)

- Notice of Motion, Response Deadline, and Telephonic or Video Hearing Date (ECF No. 32)

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: April 30, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| General Counsel<br>Sunrise Credit Services Inc.<br>8 Corporate Center Drive, Suite 300<br>Melville, NY 11747 | Creditor | ☒ First Class Mail |
| General Counsel<br>Sunrise Credit Services Inc.<br>8 Corporate Center Drive, Suite 300<br>Melville, NY 11747 | Creditor | ☒ Certified Mail<br>   7017 3040 0000 3107 7116 |