# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Nicholas J. Guglielmo | | |
| Debtor(s) | : | Bankruptcy No. 25-10413-amc |

### ORDER

AND NOW, it appearing that the above-captioned Chapter 7 case was closed prematurely, it is hereby

ORDERED that the Order approving Trustee's Report, discharging trustee and closing case entered on May 7, 2025, is VACATED.

Date: May 15, 2025

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court