**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| Nicholas J. Guglielmo, | Case No. 25-10413-amc |
|---|---|
| *Debtor*. | Chapter 7 |

**Declaration of Michael I. Assad**

I, Michael I. Assad, declare as follows:

1. I am the attorney for Debtor Nicholas J. Guglielmo in this bankruptcy case.

2. I submit this declaration in support of the Debtor's request for reasonable attorney's fees under 11 U.S.C. § 362(k) with respect to his Motion for Sanctions for Violation of the Automatic Stay by Sunrise Credit Services Inc., which was filed at ECF No. 17 on March 17, 2025.

3. My hourly rate is $475, which is consistent with prevailing rates for attorneys with comparable experience in this district.

4. I spent a total of 7.50 hours on this matter, for a total of $3,562.50. Below is a breakdown:

   | Description | Hours |
   |---|---|
   | Communication with Debtor | 3.00 |
   | Prepared motion for sanctions | 1.50 |
   | Prepared supplemental declaration of Debtor | 0.50 |
   | Represented debtor at hearing on 04/02/2025 | 1.00 |
   | Represented debtor at hearing on 06/11/2025 | 1.00 |
   | Review of time slips and preparation of this declaration | 0.50 |

5. I incurred expenses of $2.80 associated with this matter. Below is a breakdown:

   | Description | Amount |
   |---|---|
   | Postage | $2.80 |

6. The total amount of attorney's fees and expenses incurred is $3,565.30.

7. All services described above were performed or incurred for or on behalf of the Plaintiff and related to this adversary action.

8.     All services described above are actual, necessary services and the compensation requested for those services is reasonable.

9.     I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: August 9, 2025                      /s/ Michael I. Assad
                                                    Michael I. Assad