*Form 167* (1/25)–doc 43 – 17

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Nicholas J. Guglielmo ) Case No. 25–10413–amc
)
)
   Debtor(s). ) Chapter: 7
)
)

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Attorney fees requested regarding Motion For Sanctions for Violation of the Automatic Stay by Sunrise Credit Services Inc. Filed by Nicholas J. Guglielmo

on: 9/17/25

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: August 19, 2025　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court