United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10413-amc |
| Nicholas J. Guglielmo | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 10, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14974053 | + Email/Text: bankruptcy@sunrisecreditservices.com | Nov 11 2025 00:25:00 | Sunrise Credit Services, 8 Corporate Center Dr Suite 300, Melville, NY 11747-3193 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Nicholas J. Guglielmo brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Nicholas J. Guglielmo, <br><br> *Debtor.* | Case No. 25-10413-amc <br> Chapter 7 |

# ORDER

**AND NOW**, upon consideration of the Motion for Sanctions for Violation of the Automatic Stay by Sunrise Credit Services Inc. filed by Debtor Nicholas J. Guglielmo, and after notice and hearing, the Court finds that:

A. Sunrise received notice of Mr. Guglielmo's bankruptcy and then intentionally attempted to collect payment on a pre-petition debt.

B. Sunrise's actions constitute a willful violation of the automatic stay under 11 U.S.C. § 362(k)(1).

C. As a direct result of Sunrise's willful violation of the automatic stay, Mr. Guglielmo has suffered actual damages, including financial harm, emotional distress, embarrassment, anxiety, sleeplessness, and the incurrence of attorney's fees, for which he is entitled to compensation.

D. The imposition of punitive damages is necessary to deter Sunrise and other similarly situated creditors from willfully violating the automatic stay in the future.

For those reasons, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Sunrise is **HELD IN CONTEMPT AND SANCTIONED** for violating an injunctive order of this Court.

3. Sunrise **MUST PAY** Mr. Guglielmo actual damages in the amount of $2,500.00 for injuries incurred because of Sunrise's violation of the automatic stay.

4. Sunrise **MUST PAY** Mr. Guglielmo punitive damages in the amount of $5,000.00 to deter similar conduct in the future.

5. Sunrise **MUST PAY** all damages above in full within fourteen days after the entry of this Order, care of Mr. Guglielmo's attorney: Sadek Law Offices, 1500 JFK Boulevard, Suite 220, Philadelphia, PA 19102.

6. Sunrise **MUST PAY** Mr. Guglielmo's attorney all reasonable attorney's fees and costs incurred by Mr. Guglielmo in bringing the Motion and enforcing the automatic stay.

7. Mr. Guglielmo's attorney must file an application for compensation and reimbursement of expenses within twenty-eight days after the entry of this Order in the manner prescribed by Local Bankr. R. 2016-1. Upon approval by the Court, Sunrise **MUST PAY** all attorney's fees and costs awarded in full within fourteen days.

8. **If Sunrise does not pay any payment above in a timely manner, the Court, after certification by Mr. Guglielmo's attorney, will issue an order to appear and show cause why Sunrise should not be subject to further sanctions.**

9. The Court retains jurisdiction to enforce and interpret this Order, including after dismissal or closing of this case, pursuant to its inherent authority under 11 U.S.C. § 105(a) and its ancillary jurisdiction to effectuate its prior orders.

Date: Oct. 16, 2025

Ashely M. Chan
Chief U.S. Bankruptcy Judge

CC: Sunrise Credit Services Inc.
8 Corporate Center Drive, Suite 300
Melville, NY 11747