United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 25-10413-amc

Nicholas J. Guglielmo,    Chapter 7

Debtor.

### Certification of Default Regarding Sunrise Credit Services Inc.'s Failure to Pay Sanctions Ordered by This Court

I, Michael I. Assad, hereby certify as follows:

1. I am an attorney for Debtor Nicholas J. Guglielmo in this bankruptcy case.

2. On October 16, 2025, this Court entered an Order granting the Debtor's Motion for Sanctions for Violation of the Automatic Stay and directing Sunrise Credit Services Inc. to pay the Debtor actual damages of $2,500.00 and punitive damages of $5,000.00, and to make payment in full within fourteen days after entry of the Order, care of Sadek Law Offices.

3. The order further provides that if Sunrise does not pay the above damages on or before the fourteenth day after entry of the order, the Court will issue an order to appear and show cause why Sunrise should not be subject to further sanctions.

4. According to the certificate of service filed at ECF No. 52, the Clerk served the order on Sunrise through the Bankruptcy Noticing Center on November 11, 2025.

5. As of this date, Sadek Law Offices has not received payment of the damages ordered by the court.

6. Accordingly, Sunrise is in default of the Court's order, and the Court should enter an order in the form attached directing Sunrise to appear and show cause why it should not be subject to further sanctions.

7. I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: December 16, 2025    /s/ Michael I. Assad
Michael I. Assad (#330937)
Sadek Law Offices LLC
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

2