**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                                  Case No. 25-10413-amc

    Nicholas J. Guglielmo,                 Chapter 7

                     Debtor.

### Order to Appear and Show Cause

**AND NOW**, in accordance with the order docketed at ECF No. 49, and upon consideration of the certification of default filed at ECF No. 53, it is hereby **ORDERED** that:

1. Sunrise Credit Services Inc. **MUST APPEAR** before the court at the date, time, and place set forth below to **SHOW CAUSE** why it should not be subject to further **SANCTIONS** for failure to comply with the court's order of October 16, 2025.

2. The hearing will be held on **Wednesday, February 4, 2026**, at 12:30 p.m. the following format:

    ☒ Telephonic via: 646-828-7666 or Zoom Meeting ID #160 6807 8081

    ☒ In-Person participation is also available in Courtroom No. 4 at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

3. The Debtor's attorney must also appear at the hearing.

4. Within three days after the entry of this order, the Debtor's attorney must serve this order on Sunrise by first class mail and certified mail, return receipt requested, and promptly file a certificate of service.

5. **If Sunrise fails to appear as ordered, the Court may impose such additional sanctions as the court deems appropriate, including monetary sanctions.**

Date:

                                                                 Ashely M. Chan
                                                                 Chief U.S. Bankruptcy Judge