# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                                             Case No. 25-10413-amc

    Nicholas J. Guglielmo,                          Chapter 7

                        Debtor.

## Certificate of Service

I, Michael I. Assad, certify that on December 16, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certification of Default Regarding Sunrise Credit Services Inc.'s Failure to Pay Sanctions Ordered by This Court

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: December 16, 2025                  /s/ Michael I. Assad
                                                      Michael I. Assad
                                                      Sadek Law Offices, LLC
                                                      1500 JFK Boulevard, Suite 220
                                                      Philadelphia, PA 19102
                                                      215-545-0008
                                                      michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Sunrise Credit Services Inc.<br>8 Corporate Center Drive, Suite 300<br>Melville, NY 11747 | Creditor | ☒ First Class Mail |