**UNITED STATES POSTAL SERVICE**

January 12, 2026

Dear Michael Assad:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 4298 0442 0787 36**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 12, 2026, 12:27 pm |
| **Location:** | MELVILLE, NY 11747 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Chief Legal Officer |

| Shipment Details | |
| --- | --- |
| **Weight:** | 0.5oz |

**Recipient Signature**

| | |
| --- | --- |
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004