## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        Case No. 25-10413-amc

    Nicholas J. Guglielmo,             Chapter 7

                Debtor.

### Stipulation of Settlement Between
### Debtor Nicholas J. Guglielmo and Creditor Sunrise Credit Services

**AND NOW**, on this 5th day of February 2026, Debtor Nicholas J. Guglielmo and Creditor Sunrise Credit Services, through their undersigned attorneys, state as follows:

**WHEREAS**, the Debtor filed a Motion for Sanctions for Violation of the Automatic Stay with the Court at ECF No. 17, which alleges that the Creditor violated the automatic stay in this bankruptcy case;

**WHEREAS**, the Creditor did not file a responsive pleading, appear at the hearing, or otherwise defend against the Motion;

**WHEREAS**, after notice and hearing, the Court entered an order at ECF No. 48 granting the Motion and ordering the Creditor to pay damages to the Debtor within fourteen days;

**WHEREAS**, the Debtor later certified to the Court that the Creditor did not timely comply with the order;

**WHEREAS**, upon consideration of the Debtor's certification, the Court entered an order at ECF No. 54 directing the Creditor to appear and show cause why it should not be held in contempt of court;

**WHEREAS**, the Creditor purports that it did not receive notice of the bankruptcy case, the Motion, or the Court's order granting the Motion;

**WHEREAS**, the Creditor also denies the allegations set forth in the Motion;

**WHEREAS**, notwithstanding the merits of their respective positions, the parties wish to resolve this dispute without further litigation; and

**WHEREAS**, in lieu of a motion to reconsider, the parties ask that the Court vacate its prior orders and approve this stipulation of settlement.

**NOW, THEREFORE**, the parties stipulate as follows:

1.      The above recitals are incorporated as if fully set forth herein.

2.      The Creditor does not admit any liability or wrongdoing.

3.      The Debtor does not admit the merit of any defense by the Creditor.

4.      The Creditor agrees to pay $1,950.00 to the Debtor in the form of a check made payable to the Debtor.

5.      As payment of the reasonable attorney's fees and costs incurred by the Debtor in connection with the Motion, the Creditor agrees to pay $1,300.00 to the Debtor's attorney in the form of a check made payable to Sadek Law Offices LLC.

6.      The Debtor agrees to fully release and forever discharge the Creditor from all causes of action asserted in the Motion or that could have been asserted based on the same facts, acts, or omissions occurring on or before the date of this stipulation, whether arising under 11 U.S.C. § 362(k) or any other statute, regulation, or common law.

7.      The Creditor must remit the payments by a trackable courier service, such as UPS, FedEx, or USPS Priority Mail, to the Debtor's attorney at the following address: Sadek Law Offices, 1500 JFK Boulevard, Suite 220, Philadelphia, PA 19102.

8.      If the Creditor fails to remit the payments within sixty days after the Court approves this stipulation, the Debtor may certify default to the Court, and the Court may enter an order directing the Creditor to appear and show cause why it should not be held in contempt.

9.      This stipulation constitutes the entire agreement between the parties regarding this subject and supersedes all prior negotiations, understandings, and agreements, whether oral or written.

**NOW, THEREFORE**, the parties request that the Court enter an order approving this stipulation in the form of order below and agree that this matter is hereby **SETTLED** upon entry of such order.

*[This space intentionally left blank.]*

**SADEK LAW OFFICES LLC**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

**SUNRISE CREDIT SERVICES**
*Creditor*

By: /s/ Benjamin Carroccio
Benjamin Carroccio, General Counsel
8 Corporate Center Drive, Suite 300
Melville, NY 11747
800-208-8565
bcarroccio@sunrisecreditservices.com

### Order Approving Stipulation

**AND NOW**, upon consideration of the above stipulation, and for good cause shown, it is hereby **ORDERED** that:

1.    The stipulation is **APPROVED**.

2.    The orders entered at ECF No. 48 and 54 are **VACATED**.

3.    The stipulation's terms are incorporated as if fully set forth herein.

4.    The court retains jurisdiction to enforce and interpret this order.

Date: _____

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

CC:    Sunrise Credit Services
Benjamin Carroccio, General Counsel
8 Corporate Center Drive, Suite 300
Melville, NY 11747